UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SHIJIN VAPOR, LLC, a California LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOLT USA, LLC, a California LLC; and DOES 1-10,<br><br>　　　　　　Defendant. | Case No. 4:20-cv-05238-PJH<br><br>*The Hon. Phyllis J. Hamilton*<br><br>**ORDER**<br><br>Trial Date:　　April 4, 2022<br>Action Filed:　July 30, 2020 |

**ORDER**

Plaintiff Shijin Vapor, LLC ("Plaintiff") and Defendant Bolt USA, LLC ("Defendant") by and through their respective attorneys of record stipulated to extending the deadline to conduct mediation to October 1, 2021. Good cause appearing therefore, this Court hereby orders as follows:

1. The Parties are to have appeared and conducted mediation before the Court appointed mediator, Mr. Warren Metlitzky, on September 17, 2021.

Dated: September 9, 2021

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Hon. Phyllis J. Hamilton
Judge of the United States District Court