UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIJIN VAPOR LLC,<br>           Plaintiff,<br>    v.<br>BOLT USA, LLC,<br>           Defendant. | Case No. 20-cv-05238-PJH<br><br>**ORDER RE DISCOVERY DISPUTE**<br>Re: Dkt. No. 43 |

Plaintiff has filed a motion to compel regarding a discovery dispute, and noticed it for hearing on December 2, 2021.  See Dkt. 43.  The motion does not comply with this court's standing order regarding discovery disputes, which states that, if a discovery dispute is not resolved, "the parties must file a joint letter with the court" which "must include a description of every issue in dispute and, with respect to each issue, a detailed summary of each party's final substantive position and its respective proposed resolution on each issue."  The standing order further states that "[o]n receipt of the joint letter, the court will determine what, if any, future proceedings are necessary."

Additionally, plaintiff's declaration attached to its motion suggests that it did not comply with the court's requirement that "the parties must confer face-to-face by videoconference" before seeking relief with the court.

Accordingly, plaintiff's motion to compel (Dkt. 43) is TERMINATED and the noticed hearing date is VACATED.  If the parties are unable to resolve the discovery dispute, they are directed to follow the procedure in the court's standing order regarding discovery

disputes.

**IT IS SO ORDERED.**

Dated: October 4, 2021

                                                      /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge