UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHIJIN VAPOR LLC, | Case No. 20-cv-05238-PJH |
| Plaintiff, | |
| v. | **ORDER DIRECTING THIRD-PARTY ONE UP VAPOR, LLC TO COMPLY WITH SUBPOENA** |
| BOLT USA, LLC, | Re: Dkt. No. 60 |
| Defendant. | |

Before the court is a joint discovery letter brief filed by the parties in the above-captioned case. See Dkt. 60. In the letter, plaintiff requests that the court order third-party One Up Vapor, LLC to comply with its subpoena seeking documents and a deposition appearance. Id. at 2. Defendant states that it "has no position on whether the court should order the third party to appear." Id. at 3.

The court concludes that One Up Vapor has indeed failed to comply with the subpoena by failing to appear at the noticed deposition, and therefore ORDERS One Up Vapor to appear for a deposition and to produce documents as set forth in the subpoena. Because the joint letter brief did not request a specific date on which One Up Vapor be ordered to appear, the court sets a deadline of **January 14, 2022** for One Up Vapor to appear for deposition and produce documents.

**IT IS SO ORDERED.**

Dated: January 7, 2022

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge